**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSEPH DAVID SANDERS**                                                      **PLAINTIFF**
**#252872**

**v.**                        **Case No.: 4:20-cv-00425-LPR-JJV**

**JAMIE GORDIN,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. (Doc. 4). There have been no objections. After a careful review of the proposed findings and recommendations, as well as of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice as frivolous and for failing to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 4th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE