**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSEPH DAVID SANDERS**  **PLAINTIFF**
**#252872**

v.    Case No.: 4:20-cv-00425-LPR-JJV

**JAMIE GORDIN,** *et al.*    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 4th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE